# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ERIC ANTONIO JOHNSON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Case 3:21-CV-1678-D |
| | § | |
| KEVIN BURKLED, ET AL., | § | |
|     Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on October 5, 2021. No objections have been filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, it is ordered that this action is stayed and administratively closed for statistical purposes until the Dallas County felony charges against plaintiff in Case Nos. F1933493, F1933357, and F19333015 are finally resolved.

The court instructs plaintiff (1) that he may file a motion to reopen this case within 60 days after entry of judgment in his state felony criminal court case, and (2) that his failure to file a timely motion to reopen will result in the dismissal without prejudice of this case for failure to prosecute and/or comply with a court order under Fed. R. Civ. P. 41(b).

**SO ORDERED**.

November 29, 2021.

                                                        SIDNEY A. FITZWATER
                                                        SENIOR JUDGE